# EXHIBIT 1

# CORPORATE CREATIONS®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410

Potomac Electric Power Company
Dorothy M Bonds
Pepco Holdings, an Exelon company
701 9th Street, NW, EP9628
Washington   DC   20068

05/02/2019

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

| Item: 2019-676 |
|---|

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Client Entity:** | Potomac Electric Power Company |
| | ***Entity served, if different:*** | Pepco Electric Power Company |
| 2. | **Title of Action:** | Enoch Antwi vs. Potomac Electric Power Company |
| 3. | **Document(s) Served:** | Writ of Summons |
| | | Complaint |
| | | Civil - Non-Domestic Case Information Report |
| | | Certificate Regarding Discovery |
| 4. | **Court/Agency:** | Prince George's County Circuit Court |
| 5. | **State Served:** | Maryland |
| 6. | **Case Number:** | CAL19-09136 |
| 7. | **Case Type:** | Motor Tort - Negligence / Damages |
| 8. | **Method of Service:** | Certified Mail |
| 9. | **Date Received:** | Wednesday 5/1/2019 |
| 10. | **Date To Client:** | Thursday 5/2/2019 |
| 11. | **# Days When Answer Due:** | See Notes — CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| | **Answer Due Date:** | See Notes |
| 12. | **SOP Sender:** | Richard L. Jaklitsch |
| | *(Name, City, State, and Phone Number)* | Upper Marlboro, MD |
| | | 301-627-8700 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 211 |
| 16. | **Notes:** | Please review the enclosed documents in order to calculate the response due date. |
| | | Also Attached: |
| | | * Interrogatories |
| | | * Request for Production of Documents, etc. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

**Case No.:** CAL19-09136

**Other Reference No.(s):** .................................

**Child Support Enforcement Number:** .................................

**Date issued:** April 15, 2019

To: Pepco Electric Power Company
Corporate Creations Network, Inc.
2 Wisconsin Circle #700
Chevy Chase, MD 20815

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

<u>ENOCH ANTWI</u>
<u>6142 SPRINGHILL TERRACE</u>
<u>GREENBELT MD 20770</u>

This summons is effective for service only if served within 60 days after the date it is issued.

*Mahasin El Amin # 216*
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)          Page 1 of 2          CAL19-09136

# SHERIFF'S RETURN

Circuit Court for Prince George's County

To:...............................................

Sheriff fee:.................................. By:...............................................................................................

Served:...................................................................................................................... Time:

.................................Date:...........................................................................................................

Unserved (Reason):........................................................................................................

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)                    Page 2 of 2                         CAL19-09136



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19-09136

Other Reference No.(s): ....................................

Child Support Enforcement Number: ....................................

Date issued: April 15, 2019

To: Pepco Electric Power Company
Corporate Creations Network, Inc.
2 Wisconsin Circle #700
Chevy Chase, MD 20815

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

ENOCH ANTWI
6142 SPRINGHILL TERRACE
GREENBELT MD 20770

This summons is effective for service only if served within 60 days after the date it is issued.

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)                    Page 1 of 2                    CAL19-09136

## SHERIFF'S RETURN

Circuit Court for <u>Prince George's County</u>

To:....................................................

Sheriff fee:..........................................By:.................................................................................

Served:.................................................................................................................... Time:

...............................Date:.............................................................................................

Unserved (Reason):............................................................................................................

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)          Page **2** of **2**                    CAL19-09136

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

ENOCH ANTWI                               :
6142 Springhill Terrace
Greenbelt, Maryland 20770                 :

                          Plaintiff       :        CAL 19-09136

            v.                            :        **Case No.:**

POTOMAC ELECTRIC POWER COMPANY            :
Serve: Corporate Creations Network Inc.
#700                                      :
2 Wisconsin Circle
Chevy Chase, Maryland 20815               :

                          Defendant       :

_____       :

## COMPLAINT

Plaintiff, Enoch Antwi, by his attorney, Richard L. Jaklitsch, hereby files suit against the Defendant, Potomac Electric Power Company, and for reasons, states as follows:

## INTRODUCTION

1. On or about April 11, 2018, Plaintiff, Enoch Antwi, was the operator of a vehicle traveling east on Veteran's Parkway in Prince George's County, Maryland.

2. At that same time and place, a vehicle driven by Gabriel James, who at all times relevant herein was the agent, servant and/or employee of Potomac Electric Power Company, the owner of said vehicle, rear-ended a vehicle that caused a chain reaction of collisions ending with the Plaintiff's vehicle.

3. At all times relevant herein, the Plaintiff, Enoch Antwi, was exercising due care, and was free of negligence.

JAKLITSCH LAW GROUP
4350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

COUNT I

4.  Plaintiff, Enoch Antwi, realleges the facts and allegations set forth in the Introduction, and further states as follows:

5.  The negligence of the agent of the Defendant, Potomac Electric Power Company, was the proximate cause of the accident in that said agent negligently operated his vehicle at a speed too great for the conditions existing, negligently failed to keep proper control of his vehicle, negligently failed to keep a proper lookout for other vehicles, and was otherwise careless and negligent, thereby causing a collision with the motor vehicle owned and operated by the Plaintiff.

6.  As a result of the negligence of the agent of the Defendant, Potomac Electric Power Company, Plaintiff did suffer great pain and permanent injury, mental anguish, loss of income, property damage, and has incurred and in the future will incur medical expense.

WHEREFORE, Plaintiff, Enoch Antwi, demands judgment against said Defendant in a sum over and above Seventy-Five Thousand Dollars ($75,000.00).

THE JAKLITSCH LAW GROUP

Richard L. Jaklitsch, JA3074
Attorney for Plaintiff
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700
(301) 627-6070 (fax)
rick@jaklitschlawgroup.com
CPF#: 8312010222                    /kag

## DEMAND FOR JURY TRIAL

Plaintiff demands Trial by Jury on all issues herein.

Richard L. Jaklitsch      /kag
CPF#: 8312010222

JAKLITSCH LAW GROUP
350 OLD MARLBORO PIKE
UPPER MARLBORO. MD
20772
—
(301) 627-8700

IN THE CIRCUIT COURT FOR <u>Prince George's County</u>
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

**Plaintiff**: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

**Defendant**: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒PLAINTIFF  ☐DEFENDANT   **CASE NUMBER** _____
(Clerk to insert)

**CASE NAME:** <u>ENOCH ANTWI</u> vs. <u>POTOMAC ELECTRIC POWER COMPANY</u>
             Plaintiff                            Defendant

**PARTY'S NAME:** ENOCH ANTWI      **PHONE:** 240-460-8329

**PARTY'S ADDRESS:** 6142 Springhill Terrace, Greenbelt, Maryland 20770

**PARTY'S E-MAIL:** _____

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** <u>Richard L. Jaklitsch</u>   **PHONE:** 301-627-8700

**PARTY'S ATTORNEY'S ADDRESS:** 14350 Old Marlboro Pike, Upper Marlboro, Maryland 20772

**PARTY'S ATTORNEY'S E-MAIL:** rick@jaklitschlawgroup.com

**JURY DEMAND?** ☒Yes  ☐No

**RELATED CASE PENDING?** ☐Yes  ☒No  If yes, Case #(s), if known:_____

**ANTICIPATED LENGTH OF TRIAL?:** ____hours  <u>2</u> days

### PLEADING TYPE

**New Case:** ☒Original  ☐Administrative Appeal  ☐Appeal
**Existing Case:** ☐Post-Judgment  ☐Amendment
*If filing in an existing case, skip Case Category/ Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☒ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of
  Youngest Plt:_____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☒ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment
  (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property /
  Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)        Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

☐ Abatement    ☐ Earnings Withholding    ☐ Judgment-Interest    ☐ Return of Property
☐ Administrative Action    ☐ Enrollment    ☐ Judgment-Summary    ☐ Sale of Property
☐ Appointment of Receiver    ☐ Expungement    ☐ Liability    ☐ Specific Performance
☐ Arbitration    ☐ Findings of Fact    ☐ Oral Examination    ☐ Writ-Error Coram Nobis
☐ Asset Determination    ☐ Foreclosure    ☐ Order    ☐ Writ-Execution
☐ Attachment b/f Judgment    ☐ Injunction    ☐ Ownership of Property    ☐ Writ-Garnish Property
☐ Cease & Desist Order    ☐ Judgment-Affidavit    ☐ Partition of Property    ☐ Writ-Garnish Wages
☐ Condemn Bldg    ☐ Judgment-Attorney Fees    ☐ Peace Order    ☐ Writ-Habeas Corpus
☐ Contempt    ☐ Judgment-Confessed    ☐ Possession    ☐ Writ-Mandamus
☐ Court Costs/Fees    ☐ Judgment-Consent    ☐ Production of Records    ☐ Writ-Possession
☒ Damages-Compensatory    ☐ Judgment-Declaratory    ☐ Quarantine/Isolation Order
☐ Damages-Punitive    ☐ Judgment-Default    ☐ Reinstatement of Employment

*If you indicated **Liability** above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.    ☒ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000    ☒ $10,000 - $30,000    ☐ $30,000 - $100,000    ☐ Over $100,000

☒ Medical Bills $ _14,302.32_    ☒ Wage Loss $ _5,039.64_    ☐ Property Damages $ _____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation    ☒Yes   ☐No      C. Settlement Conference    ☒Yes   ☐No
B. Arbitration    ☒Yes   ☐No      D. Neutral Evaluation    ☐Yes   ☒No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*    ***(Case will be tracked accordingly)***

     ☐ 1/2 day of trial or less      ☐ 3 days of trial time

     ☐ 1 day of trial time      ☐ More than 3 days of trial time

     ☒ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

     ☐ **Expedited**- Trial within 7 months of      ☐ **Standard** - Trial within 18 months of
        Defendant's response            Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response     ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

☐ Expedited    Trial 60 to 120 days from notice. Non-jury matters.
☐ Civil-Short    Trial 210 days from first answer.
☐ Civil-Standard    Trial 360 days from first answer.
☐ Custom    Scheduling order entered by individual judge.
☐ Asbestos    Special scheduling order.
☐ Lead Paint    Fill in: Birth Date of youngest plaintiff_____.
☐ Tax Sale Foreclosures    Special scheduling order.
☐ Mortgage Foreclosures    No scheduling order.

### CIRCUIT COURT FOR BALTIMORE COUNTY

☐ Expedited (Trial Date-90 days)    Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus.

☐ Standard (Trial Date-240 days)    Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases.

☐ Extended Standard (Trial Date-345 days)    Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency.

☐ Complex (Trial Date-450 days)    Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases.

3/27/19
Date

14350 Old Marlboro Pike
Address

Upper Marlboro    MD    20772
City    State    Zip Code

Signature of Counsel / Party
Richard L. Jaklitsch
Printed Name

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

ENOCH ANTWI                                          :

                Plaintiff         :

         v.                               :         **Case No.:**

POTOMAC ELECTRIC POWER COMPANY    :

            Defendant     :

_____ :

### CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on this _21_ day of _March_ ,

2019, a copy of the Plaintiff's Interrogatories, Request for Production of Documents

and Request for Admissions to the Defendant was attached to the Complaint to be

served.  I will retain the originals of these documents in my possession, without

alteration, until the case is concluded in this Court, the time for noting an appeal has

expired, and any appeal noted has been decided.

                THE JAKLITSCH LAW GROUP

                Richard L. Jaklitsch, JA3074
                Attorney for Plaintiff
                14350 Old Marlboro Pike
                Upper Marlboro, MD 20772
                (301) 627-8700
                (301) 627-6070 (fax)
                rick@jaklitschlawgroup.com
                CPF#: 8312010222                    /kag

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

ENOCH ANTWI                                              :

                      Plaintiff          :

               v.                         :          **Case No.:**

POTOMAC ELECTRIC POWER COMPANY   :

                Defendant         :

_____ :

### INTERROGATORIES

TO:  POTOMAC ELECTRIC POWER COMPANY, Defendant

BY:  ENOCH ANTWI, Plaintiff

       The following Interrogatories are propounded pursuant to the Maryland Rules of Procedure and are to be answered fully and under oath:

       A.  These Interrogatories are continuing in character so as to require you to file supplementary answers if you obtain further or different information before trial.

       B.  Where the name or identity of a person is requested, please state the full name, home address, and also business address if known, as well as the home and business phone number.

       C.  Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

       D.  Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, representatives, and unless privileged, his attorneys.  When answer is made by a corporation or other legal entity, state the name, address and title of the person supplying the information, and making the affidavit, and the source of his information.

       E.  Said Interrogatories shall include the following definitions:

       i.  Any request to identify any record, documents or writing shall include identification as to:  (a) the date the same was dated or otherwise prepared; (b) the name, address and title of the person preparing same; (c) the name, address and title of the person for and to whom the same was prepared and addressed; (d) the name, address and title of all persons to whom copies of the same were

AKLITSCH LAW GROUP
350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
⸻
(301) 627-8700

furnished or otherwise forwarded; (e) the title and other identifying designation given the same; (f) the subject matter and content of the same; and (g) the name, address and location and title of the person having possession.

        ii.  The pronoun "you" refers to the party to whom these Interrogatories are addressed, its agents, servants, employees, representatives, officers or anyone acting for or on behalf of that party.

* * *

**Interrogatory No. 1:**

State the name and address of the person answering these Interrogatories, your title, your affiliation with the Defendant and the length of time with the Defendant in that position.

**Interrogatory No. 2:**

Name the eyewitnesses to all or part of the occurrence, and state the location of each such eyewitness at the time of the occurrence.

**Interrogatory No. 3:**

Name all persons who were at or near the scene, or arrived at the scene within two hours after the occurrence.

**Interrogatory No. 4:**

Name any person, not heretofore or hereinafter mentioned, having personal knowledge of facts material to this case.

**Interrogatory No. 5:**

If anyone investigated this matter for you, state their name(s) and address(es), and state whether such investigation was reduced to writing.  If said investigator obtained any signed statements or recorded statements, identify the person who gave the statement and attach to your Answers a copy of any said statement.

AKLITSCH LAW GROUP
1350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

**Interrogatory No. 6:**

If you have ever been convicted of any crimes, other than minor traffic offenses, since your eighteenth birthday, when you were represented by counsel or waived your right to counsel, state the name of such crime(s) and the date and court in which the conviction occurred.

**Interrogatory No. 7:**

State whether you have within your possession or control photographs, plats or diagrams of the scene, video tapes, or objects connected with said occurrence or any social media material intended to be used at trial in any effort to diminish Plaintiff's recovery for damages; and if so, identify each such object, the date produced or obtained, and the present custodian thereof. Attach all such items to your Answers to Interrogatories.

**Interrogatory No. 8:**

State the manner in which you say the accident complained of happened, giving the various speeds, positions, directions and locations of all vehicles involved in the said accident during their approach to, at the time of, and immediately following the happening, and in so doing, describe how the Party propounding these Interrogatories, or any other person or party, or its agent(s) or employee(s) was negligent or caused or contributed to the happening of the occurrence.

**Interrogatory No. 9:**

State whether you have within your possession or control photographs, plats or diagrams of the scene, video tapes, or objects connected with said occurrence or any social media material intended to be used at trial in any effort to diminish Plaintiff's recovery for damages; and if so, identify each such object, the date produced

AKLITSCH LAW GROUP
1350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

or obtained, and the present custodian thereof. Attach all such items to your Answers to Interrogatories.

**Interrogatory No. 10:**

Do you know of any statement, conversation, comment or report made by this Plaintiff at the time of the occurrence or following the occurrence, concerning the occurrence or facts relevant to any issue in this case?  If you answer is "yes", state the content of such statement, conversation, comment or report, the place where it took place, and in whose presence it was made.

**Interrogatory No. 11:**

State the name and specialty of all experts whom you propose to call as witnesses at trial, and for each expert state the subject matter on which the expert is expected to testify, the substance of the findings and opinions to which the expert is expected to testify and attach to your Answers copies of all written reports of each such expert.

**Interrogatory No. 12:**

State the parts of your vehicle damaged in the occurrence complained of, the name and address of the person who repaired it and the date and cost of the repairs.  If your vehicle has not been repaired, state the days of the weeks, the time of the time and the places it may be seen.

**Interrogatory No. 13:**

State the itinerary of your vehicle on the date of the occurrence, including the time and place of the beginning of the trip, the destination, the expected time of arrival, and the purpose of the trip.

**Interrogatory No. 14:**

State which of the persons named in your Answers are known or related to you and the extent and character of the acquaintanceship or nature of the relationship.

**Interrogatory No. 15:**

State the name of any insurance company that might be liable to satisfy all or part of any judgment that might be entered against you in this case, and for each company named, state the limits of coverage.

**Interrogatory No. 16:**

State all damages and/or injuries alleged to have been suffered by the Plaintiff as a result of the occurrence complained of which you contended was caused, aggravated, or precipitated by any prior or any subsequent injury, disease, or sickness or any other condition.  Specify in detail the nature and extent of the facts upon which you will rely to establish such causation, aggravation or precipitation.

**Interrogatory No. 17:**

Did you give permission to Gabriel James to operate your vehicle?  If so, were any restrictions placed on that use?

**Interrogatory No. 18:**

How did you learn of the accident?  Identify the time, date, and who told.

THE JAKLITSCH LAW GROUP

Richard L. Jaklitsch, JA3074
Attorney for Plaintiff
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700
(301) 627-6070 (fax)
rick@jaklitschlawgroup.com
CPF#: 8312010222

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

ENOCH ANTWI                                          :

                                   Plaintiff          :

                  v.                                  :          **Case No.:**

POTOMAC ELECTRIC POWER COMPANY       :

                                   Defendant         :

_____ :

## REQUEST FOR PRODUCTION OF DOCUMENTS

TO:  POTOMAC ELECTRIC POWER COMPANY, Defendant

BY:  ENOCH ANTWI, Plaintiff

      Pursuant to Rule 2-422, you are requested to file within thirty days a written response to each request on the attached Document Schedule and to produce those document for inspection and copying at the Jaklitsch Law Group, 14350 Old Marlboro Pike, Upper Marlboro, Maryland 20772.

      (a) In accordance with Rule 2-422(c), your written response "shall state, with respect to each item or category, that inspection and related activities will be permitted as requested, unless the request is refused, in which event the reasons for refusal shall be stated.  If the refusal relates to part of an item or category, the part shall be specified."

      (b)  In accordance with Rule 2-422(d), the documents shall be produced "as they are kept in the usual course of business", or you "shall organize and label them to correspond with the categories in the request."

AKLITSCH LAW GROUP
350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

(c)  Pursuant to Rule 2-422(a), these requests shall encompass all items within your "possession, custody or control."

(d)  Pursuant to Rule 2-401(c), these requests are continuing in character so as to require you to promptly amend or supplement your response if you obtained further material information.

(e)  If in responding to these requests you encounter any ambiguity in construing any request, instruction or definition, set forth the matter deemed ambiguous and the construction used in responding.

## DEFINITIONS

As used in these requests, the following terms are to be interpreted in accordance with these definitions:

(a)  In accordance with Rule 1-202(o), the term "person" includes any individual, joint stock company, unincorporated association or society, municipal or other corporation, the state, its agencies or political subdivision, any court, or any other governmental entity.

(b)  The terms "you" or "your" include the persons to whom these requests are addressed, and all that person's agents, representatives or attorneys.

(c)  In accordance with Rule 2-422(a), the term "documents" includes all "writings, drawings, graphs, charts, photographs, recordings, and other date compilations from which information can be obtained, translated, if necessary, by (you) through detection devices into reasonably usable form."

(d)  The term "occurrence" means the accident of April 11, 2018.

AKLITSCH LAW GROUP
350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772

(301) 627-8700

## DOCUMENTS TO BE PRODUCED

1.  All documents identified in your Answers to Interrogatories.

2.  All written reports of each person whom you expect to call as an expert witness at trial.

3.  The most recent resume or curriculum vitae of each expert whom you expect to call as an expert witness at trial.

4.  All notes, diagrams, photographs or other documents prepared or reviewed in connection with their assignment in this case by each person whom you expect to call as an expert witness at trial.

5.  All written or recorded statements of this Plaintiff or of any agent, representative or employee of this Plaintiff concerning the subject matter of this action.

6.  All photographs, video tapes or audio tapes, x-rays, documents, diagrams, surveys or other graphic representations of information concerning the subject matter of this action, or concerning any damage inflicted upon any vehicle involved in the occurrence in question, as well as any photographs, motion pictures or video tapes of the Plaintiff.

7.  All medical reports and records from all physicians, hospitals, clinics, and other health care providers who examined, treated or cared for the Plaintiff at the behest of any Defendant.

8.  All medical reports and records from all physicians, hospitals, clinics, and other health care providers from whom you have obtained any records, by subpoena or otherwise.

9.  Any and all documents relating to the estimate of damages and/or the

AKUTSCH LAW GROUP
1350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

repair of any vehicle involved in this incident, including any correspondence concerning this issue with any company or individual.

10.  Any Pre-Trial Assurance Letter or any other document from your insurance company promising to pay any excess verdict, or making any assurance to you about actions the carrier will take in the defense of your case or any deal offered to or by any other Co-Defendant, any underinsured carrier, or other party in this litigation.

THE JAKLITSCH LAW GROUP

Richard L. Jaklitsch, JA3074
Attorney for Plaintiff
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700
(301) 627-6070 (fax)
rick@jaklitschlawgroup.com
CPF#: 8312010222                                     /kag

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

ENOCH ANTWI                                                    :

                          Plaintiff        :

                v.                                            :        **Case No.:**

POTOMAC ELECTRIC POWER COMPANY   :

                      Defendant   :

_____   :

### PLAINTIFF'S REQUEST FOR ADMISSIONS OF FACTS
### AND GENUINENESS OF DOCUMENTS TO DEFENDANT

      The Plaintiff, Enoch Antwi, by his undersigned attorney, Richard L. Jaklitsch, pursuant to Maryland Rule 2-424, requests that the Defendant, Potomac Electric Power Company, admit or deny, within 30 days of the date of service of the request that:

      **Request No. 1.**  The above named Defendant is responsible for this accident.

      **Request No. 2.**  The Defendant was negligent.

      **Request No. 3**.  The negligence of the Defendant was the proximate cause of Plaintiff's injuries.

      **Request No. 4.**  Plaintiff has suffered a permanent injury as a result of the occurrence.

      **Request No. 5.**  All of Plaintiff's medical bills listed below are fair, reasonable, and directly related to the occurrence of April 11, 2018.

        o P.G. Hospital (4/12/18) ..................................................... $538.44
        o MD Emer Network Phy Med, LLC (4/12/18) ........................ $947.00
        o Greenway Neurology (5/21/18-6/12/18) ............................. $2,629.80

JAKLITSCH LAW GROUP
1350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
(301) 627-8700

- o Premier Radiology (4/12/18) ................................................ $43.00
- o Bezak Chiropractic (4/16/18-7/5/18) .................................... $6,827.00
- o Diagnostic Imaging (4/23/18) ............................................. $2,790.00
- o MD Urgent Care (5/9/2018)............................................... $425.00
- o Rx – Giant Pharmacy....................................................... $102.08
- o Ledo Pizza: 4/13/18-5/9/2018 (3 day @ $92.00/day)........... $276.00
- o Ledo Pizza: 5/15/18-7/1/18 (7 weeks @ $287.50/week)...... $2,012.50
- o Ledo Pizza: 7/3/18-7/4/18 (2 days @ $92.00/day) .............. $184.00
- o CE Images: 4/12/2018-6/22/2018 (143 days @ $176/day) .. $2,288.00
- o Gas Receipts ................................................................. $279.14
- o **Total** ................................................................................ **$19,341.96**

**Request No. 6.**  There is no prior injury, illness, or occurrence involving the Plaintiff that has played any part whatsoever in the injuries the Plaintiff is alleging in this case.

**Request No. 7.**  There is no subsequent injury, illness, or occurrence involving the Plaintiff that has played any part whatsoever in the injuries the Plaintiff is alleging in this case.

**Request No. 8.**  The medical bills listed in Request number 5 are all authentic bills and authentic charges for the medical care provided to Plaintiff.

THE JAKLITSCH LAW GROUP

Richard L. Jaklitsch, JA3074
Attorney for Plaintiff
14350 Old Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 627-8700
(301) 627-6070 (fax)
rick@jaklitschlawgroup.com
CPF#: 8312010222                    /kag

JAKLITSCH LAW GROUP
4350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

MAY 0 1 2019